■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered July 16, 1985, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Schneier, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed (see, *People v Ore,* 157 AD2d 749 [decided herewith]). Mangano, J. P., Bracken, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH JONES, Appellant, v RICHARD KOEHLER, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Queens County (Chetta, J.), dated October 27, 1988, which, after a hearing, dismissed the writ.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The petitioner has been released from custody and is therefore not entitled to the extraordinary remedy of habeas corpus (see, *People ex rel. Julio v Walters,* 58 NY2d 881; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Ashenden v Rodriguez,* 138 AD2d 547, 548; *People ex rel. Owens v Sullivan,* 128 AD2d 572). Mangano, J. P., Bracken, Kooper and Sullivan, JJ., concur.